# United States District Court
# Central District of California

| | |
|---|---|
| J.D. DAVIS,<br><br>          Plaintiff,<br><br>    v.<br><br>CITIMORTGAGE INC.; CLEAR RECON CORP.; and DOES 1–25, inclusive,<br><br>          Defendants. | Case № 2:17-cv-06861-ODW-SS<br><br>**JUDGMENT** |

Plaintiff J.D. Davis initiated this lawsuit in Los Angeles County Superior Court on August 11, 2017. (ECF No. 1-1.) Defendant CitiMortgage removed the case on September 18, 2017. (ECF No. 1.) CitiMortgage then moved to dismiss Plaintiff's Complaint, and Plaintiff filed a First Amended Complaint in response. (ECF Nos. 10, 12.) CitiMortgage moved to dismiss again (ECF No. 24), and on February 1, 2018, the Court granted the Motion with leave to amend certain claims. (ECF No. 32.) Plaintiff then filed a Second Amended Complaint, which CitiMortgage also moved to dismiss. (ECF Nos. 33, 36.) Intervenor Wilshire Investment Group, LLC moved to expunge Plaintiff's lis pendens on the subject property. (ECF No. 35.)

On April 4, 2018, the Court granted CitiMortgage's Motion to Dismiss and dismissed Plaintiff's Second Amended Complaint with prejudice. (ECF No. 46.) The Court also granted Wilshire's Motion to Expunge Lis Pendens and ordered Plaintiff to

pay Wilshire's attorneys' fees in the amount of $3,245.00. (*Id.*)

Clear Recon has not appeared in this action, and Plaintiff has not submitted any evidence that Clear Recon has been served.

It is therefore **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. Plaintiff J.D. Davis shall recover nothing from Defendants;
2. Plaintiff J.D. Davis' Second Amended Complaint is dismissed on the merits and with prejudice; and
3. Plaintiff J.D. Davis shall pay Intervenor Wilshire Investment Group, LLC's attorneys' fees in the amount of $3,245.00.

**IT IS SO ORDERED.**

April 5, 2018

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**